**\*E-FILED\***
**November 28, 2006**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ARTHUR MOORE,

      Plaintiff,

  v.

MERCK AND CO.,

      Defendant.
_____/

No. C 06-07220 RS

**ORDER OF RECUSAL**

    I hereby recuse myself from hearing or determining any matters as Presiding Judge in the above-entitled action. The Clerk of Court shall randomly reassign this case.

    IT IS SO ORDERED.

Dated: November 28, 2006

_____
RICHARD SEEBORG
United States Magistrate Judge

**THIS IS TO CERTIFY THAT NOTICE OF THIS ORDER WAS ELECTRONICALLY PROVIDED TO:**

Steven J. Boranian    sboranian@reedsmith.com

Amanda Jane Murray    amurray@reedsmith.com, gguzik@reedsmith.com

Dated: November 28, 2006

/s/ BAK
Chambers of Magistrate Judge Richard Seeborg