

DOCKET NO. 1657

**BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

*IN RE VIOXX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION*

(SEE ATTACHED SCHEDULE)

**CONDITIONAL TRANSFER ORDER (CTO-81)**

On February 16, 2005, the Panel transferred 138 civil actions to the United States District Court for the Eastern District of Louisiana for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 360 F.Supp.2d 1352 (J.P.M.L. 2005). Since that time, 5,632 additional actions have been transferred to the Eastern District of Louisiana. With the consent of that court, all such actions have been assigned to the Honorable Eldon E. Fallon.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Eastern District of Louisiana and assigned to Judge Fallon.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Eastern District of Louisiana for the reasons stated in the order of February 16, 2005, and, with the consent of that court, assigned to the Honorable Eldon E. Fallon.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Louisiana. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel



# SCHEDULE CTO-81 - TAG-ALONG ACTIONS
## DOCKET NO. 1657
## IN RE VIOXX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION

| DIST. DIV. C.A. # | CASE CAPTION | |
|---|---|---|
| **ARIZONA** | | |
| AZ  2  06-2998 | Patricia Richardson, etc. v. Merck & Co., Inc., et al. | EDLA  07-662 |
| AZ  2  06-2999 | Beverly Ann Wheeler v. Merck & Co., Inc., et al. | EDLA  07-663 |
| AZ  2  06-3000 | Robert A. Peel v. Merck & Co., Inc., et al. | EDLA  07-664 |
| AZ  2  06-3001 | Kenneth Millsap v. Merck & Co., Inc., et al. | EDLA  07-665 |
| AZ  2  06-3002 | Tammy Blau, etc. v. Merck & Co., Inc. | EDLA  07-666 |
| **CALIFORNIA CENTRAL** | | |
| CAC  2  06-7547 | Sharon J. Antivola, et al. v. Merck & Co., Inc. | EDLA  07-667 |
| CAC  2  06-7548 | Ruby Lois Moore Estate, etc. v. Merck & Co., Inc. | EDLA  07-668 |
| **CALIFORNIA EASTERN** | | |
| CAE  2  06-2717 | Paul Zografos v. Merck & Co., Inc., et al. | EDLA  07-669 |
| ~~CAE  2  06-2829~~ | ~~Robert Lyon v. Merck & Co., Inc., et al.~~ **OPPOSED 2/5/07** | |
| ~~CAE  2  06-2830~~ | ~~Irene Lear v. Merck & Co., Inc., et al.~~ **OPPOSED 1/31/07** | |
| ~~CAE  2  06-2833~~ | ~~Allan J. English v. Merck & Co., Inc., et al.~~ **OPPOSED 1/31/07** | |
| **CALIFORNIA NORTHERN** | | |
| ~~CAN  3  06-7455~~ | ~~Dolores Lee Tazmon v. Merck & Co., Inc., et al.~~ **OPPOSED 1/31/07** | |
| CAN  5  06-7220 | Arthur Moore v. Merck & Co., Inc., et al. | EDLA  07-670 |
| **CALIFORNIA SOUTHERN** | | |
| CAS  3  06-2745 | Lyle Gene Nobles v. Merck & Co., Inc., et al. | EDLA  07-671 |
| CAS  3  06-2746 | Laveta Danette Thomas v. Merck & Co., Inc., et al. | EDLA  07-672 |
| CAS  3  06-2747 | Rose Marie Moody v. Merck & Co., Inc., et al. | EDLA  07-673 |
| CAS  3  06-2748 | David Lawrence Moody v. Merck & Co., Inc., et al. | EDLA  07-674 |
| CAS  3  06-2749 | Jessie M. Moody, etc. v. Merck & Co., Inc. | EDLA  07-675 |
| CAS  3  06-2750 | Kenneth Wesley Moody, etc. v. Merck & Co., Inc., et al. | EDLA  07-676 |
| CAS  3  06-2751 | John Wesley Moody v. Merck & Co., Inc., et al. | EDLA  07-677 |
| ~~CAS  3  07-13~~ | ~~Nancy Murphy v. Merck & Co., Inc., et al.~~ **OPPOSED 1/31/07** | |
| **FLORIDA MIDDLE** | | |
| FLM  5  06-420 | William Shires v. Merck & Co., Inc., et al. | EDLA  07-678 |
| **FLORIDA SOUTHERN** | | |
| FLS  0  06-61764 | Margaret Plant v. Merck & Co., Inc. | EDLA  07-679 |
| FLS  0  06-61765 | Rose Barrett v. Merck & Co., Inc. | EDLA  07-680 |
| FLS  9  06-81099 | Donald Langelier v. Merck & Co., Inc., et al. | EDLA  07-681 |
| **ILLINOIS NORTHERN** | | |
| ILN  1  06-6442 | Beverly Joan Suich v. Merck & Co., Inc. | EDLA  07-682 |
| ILN  1  06-6443 | Pamela Kavis, etc. v. Merck & Co., Inc., et al. | EDLA  07-683 |
| **KANSAS** | | |
| KS  6  06-1386 | Paul Scrivner v. Merck & Co., Inc. | EDLA  07-684 |
| **KENTUCKY WESTERN** | | |
| KYW  3  06-603 | Michael Garcia, etc. v. Merck & Co., Inc. | EDLA  07-685 |

SCHEDULE CTO-81 - TAG-ALONG ACTIONS (MDL-1657)                                    PAGE 2 OF 3

| DIST. DIV. C.A. # | CASE CAPTION | |
|---|---|---|
| **LOUISIANA MIDDLE** | | |
| LAM  3  06-992 | Rene Bellon, et al. v. Merck & Co., Inc. | EDLA  07-686 |
| **MINNESOTA** | | |
| MN  0  06-4641 | Antar Torres v. Merck & Co., Inc. | EDLA  07-687 |
| MN  0  06-4642 | Victor Schafbuch, et al. v. Merck & Co., Inc. | EDLA  07-688 |
| MN  0  06-4659 | Bertha Deiter v. Merck & Co., Inc. | EDLA  07-689 |
| MN  0  06-4683 | Patrick James Lynaugh v. Merck & Co., Inc. | EDLA  07-690 |
| MN  0  06-4684 | Jennie Anderson v. Merck & Co., Inc. | EDLA  07-691 |
| MN  0  06-4685 | Lloyd Roethler v. Merck & Co., Inc. | EDLA  07-692 |
| MN  0  06-4686 | Deborah L. Petersen v. Merck & Co., Inc. | EDLA  07-693 |
| MN  0  06-4687 | Sonja Showalter v. Merck & Co., Inc. | EDLA  07-694 |
| MN  0  06-4697 | Dianne S. Thill, etc. v. Merck & Co., Inc. | EDLA  07-695 |
| MN  0  06-4877 | Christopher Cappuccilli, et al. v. Merck & Co., Inc., et al. | EDLA  07-696 |
| MN  0  06-4902 | Paul E. Lentini, etc. v. Merck & Co., Inc. | EDLA  07-697 |
| MN  0  06-5029 | Shirley J. Vineyard, et al. v. Merck & Co., Inc. | EDLA  07-698 |
| **MISSOURI EASTERN** | | |
| MOE  4  06-1709 | Thomas Cunningham v. Merck & Co., Inc. | EDLA  07-699 |
| MOE  4  06-1717 | Randle Smith v. Merck & Co., Inc. | EDLA  07-700 |
| **MISSISSIPPI NORTHERN** | | |
| MSN  4  07-3 | Linda Conger, etc. v. Merck & Co., Inc. | EDLA  07-701 |
| **NEW YORK EASTERN** | | |
| NYE  1  06-4341 | Belkis Dossous, etc. v. Merck & Co., Inc. | EDLA  07-702 |
| ~~NYE  1  06-6274~~ | ~~Vadim Gelman, et al. v. Merck & Co., Inc.~~  **OPPOSED 2/2/07** | |
| **NEW YORK SOUTHERN** | | |
| NYS  1  06-13496 | Meir Rotem v. Merck & Co., Inc. | EDLA  07-703 |
| NYS  1  06-13559 | Hector Cabrera, et al. v. Merck & Co., Inc. | EDLA  07-704 |
| NYS  1  06-13750 | Maria Gonzalez, etc. v. Merck & Co., Inc. | EDLA  07-705 |
| NYS  1  06-15529 | Neil O'Brien v. Merck & Co., Inc. | EDLA  07-706 |
| NYS  7  07-11 | Thomas Colavito, D.C. v. Merck & Co., Inc. | EDLA  07-707 |
| **OKLAHOMA EASTERN** | | |
| OKE  6  06-557 | Naomi Baker v. Merck & Co., Inc. | EDLA  07-708 |
| **OKLAHOMA NORTHERN** | | |
| OKN  4  06-650 | Terrence Clancy v. Merck & Co., Inc. | EDLA  07-709 |
| **OKLAHOMA WESTERN** | | |
| OKW  5  06-1320 | Donald Woods, etc. v. Merck & Co., Inc. | EDLA  07-710 |
| OKW  5  06-1321 | Ron Blevins, et al. v. Merck & Co., Inc. | EDLA  07-711 |
| OKW  5  06-1349 | Louis Pete Echelle, et al. v. Merck & Co., Inc. | EDLA  07-712 |
| OKW  5  06-1350 | Philo Gravitt v. Merck & Co., Inc. | EDLA  07-713 |
| OKW  5  06-1351 | Mike Foote, et al. v. Merck & Co., Inc. | EDLA  07-714 |
| OKW  5  06-1353 | Carlton Burk, et al. v. Merck & Co., Inc. | EDLA  07-715 |
| OKW  5  06-1360 | Karen Davison, etc. v. Merck & Co., Inc. | EDLA  07-716 |
| OKW  5  06-1361 | Ruby Holland, etc. v. Merck & Co., Inc. | EDLA  07-717 |
| OKW  5  06-1363 | Tommy Moore, et al. v. Merck & Co., Inc. | EDLA  07-718 |
| OKW  5  06-1374 | Duong Nguyen v. Merck & Co., Inc. | EDLA  07-719 |
| OKW  5  06-1378 | Mary Sue Norris, et al. v. Merck & Co., Inc. | EDLA  07-720 |
| OKW  5  06-1379 | Jim Wustruck v. Merck & Co., Inc. | EDLA  07-721 |
| OKW  5  06-1410 | Patricia A. Huff v. Merck & Co., Inc. | EDLA  07-722 |
| OKW  5  06-1438 | Willa Johnson v. Merck & Co., Inc. | EDLA  07-723 |
| OKW  5  07-7 | John Burrus v. Merck & Co., Inc. | EDLA  07-724 |
| OKW  5  07-8 | Jimmy Duke v. Merck & Co., Inc. | EDLA  07-725 |

SCHEDULE CTO-81 - TAG-ALONG ACTIONS (MDL-1657)                              PAGE 3 OF 3

| DIST. DIV. C.A. # | CASE CAPTION | |
|---|---|---|
| **PENNSYLVANIA EASTERN** | | |
| PAE  2  06-5335 | Theresa Mahoney, etc. v. Merck & Co., Inc. | EDLA 07-726 |
| PAE  2  06-5427 | Gale Henderson v. Merck & Co., Inc. | EDLA 07-727 |
| **PENNSYLVANIA WESTERN** | | |
| PAW  2  06-1684 | Dorothy Janosky v. Merck & Co., Inc. | EDLA 07-728 |
| **SOUTH CAROLINA** | | |
| SC  3  06-3315 | Shireat Nelson, et al. v. Merck & Co., Inc. | EDLA 07-729 |
| SC  3  06-3316 | Loretta R. Cox, et al. v. Merck & Co., Inc. | EDLA 07-730 |
| SC  3  06-3318 | George M. Magruder, III, et al. v. Merck & Co., Inc. | EDLA 07-731 |
| **TEXAS EASTERN** | | |
| TXE  1  06-807 | Claudia Carter, et al. v. Merck & Co., Inc., et al. | EDLA 07-732 |
| **TEXAS NORTHERN** | | |
| TXN  2  06-344 | Rusty McDonald, etc. v. Merck & Co., Inc. | EDLA 07-733 |
| **TEXAS SOUTHERN** | | |
| TXS  1  06-198 | Raquel Ceballos, M.D., et al. v. Merck & Co., Inc., et al. | EDLA 07-734 |
| ~~TXS  7  06-357~~ | ~~Nora De Los Rios, et al. v. Merck & Co., Inc., et al.~~  **OPPOSED 1/31/07** | |
| **UTAH** | | |
| UT  1  06-148 | Cristobal Montoya, et al. v. Merck & Co., Inc. | EDLA 07-735 |
| UT  1  06-149 | Maria T. Chavez, et al. v. Merck & Co., Inc. | EDLA 07-736 |
| UT  2  06-1030 | Homer Engle v. Merck & Co., Inc. | EDLA 07-737 |
| UT  2  06-1031 | Donna Broce v. Merck & Co., Inc. | EDLA 07-738 |
| UT  2  06-1054 | L. Kim Hanson v. Merck & Co., Inc. | EDLA 07-739 |
| **WASHINGTON WESTERN** | | |
| WAW  2  06-1753 | Nicholas Jones, et al. v. Merck & Co., Inc. | EDLA 07-740 |
| **WEST VIRGINIA NORTHERN** | | |
| ~~WVN  5  06-151~~ | ~~Helen Jean Anderson, etc. v. Merck & Co., Inc., et al.~~  **OPPOSED 2/6/07** | |
| **WEST VIRGINIA SOUTHERN** | | |
| ~~WVS  2  06-1004~~ | ~~Paul Noe, et al. v. Merck & Co., Inc., et al.~~  **OPPOSED 2/6/07** | |
| ~~WVS  2  06-1005~~ | ~~Leota Faye Dickens v. Merck & Co., Inc., et al.~~  **OPPOSED 2/6/07** | |
| ~~WVS  3  06-1058~~ | ~~Madonna Armentrout, etc. v. Rite Aid of West Virginia, Inc.~~  **OPPOSED 2/6/07** | |